Case: 2:19-cv-04694-JLG-CMV Doc #: 27 Filed: 09/30/20 Page: 1 of 1  PAGEID #: 104

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**LESLIE ALLEN,**

        **Plaintiff,**

  v.                                        **Civil Action 2:19-cv-4694**
                                                        **Judge James L. Graham**
                                                         **Magistrate Judge Chelsey M. Vascura**

**DOLGEN MIDWEST, LLC,** *et al.***,**

        **Defendants.**

## ORDER

The parties attended mediation on September 29, 2020, and the mediator reported the case as settled. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE NOVEMBER 30, 2020**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

        **IT IS SO ORDERED.**

                                                                         /s/ *Chelsey M. Vascura*
                                                                         CHELSEY M. VASCURA
                                                                         UNITED STATES MAGISTRATE JUDGE