## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**LESLIE ALLEN,**

     **Plaintiff,**

vs.

**DOLGEN MIDWEST, LLC d/b/a
DOLLAR GENERAL, BI IMPERIAL,
LLC,**

     **Defendants.**

**CASE NO: 2:19-CV-04694**


**JUDGE: GRAHAM**


**NOTICE OF VOLUNTARY
DISMISSAL ORDER**

NOW COMES the Plaintiff, Leslie Allen, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned civil action without prejudice.

                            **LESLIE ALLEN, Plaintiff**

                            By  */s/ Kevin M. Pearl*_____
                                 Counsel

Kevin M. Pearl, Esq. (WV ID# 8840)
FRANKOVITCH, ANETAKIS, SIMON,
 DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV  26062
Tel.: (304) 723-4400
Fax: (304) 723-5892
Email: Kevin@faslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DISVISION**

| | |
|---|---|
| **LESLIE ALLEN,** | |
| **Plaintiff,** | **CASE NO: 2:19-CV-04694** |
| vs. | |
| **DOLGEN MIDWEST, LLC d/b/a DOLLAR GENERAL, BI IMPERIAL, LLC,** | **JUDGE: GRAHAM** |
| **Defendants.** | **CERTIFICATE OF SERVICE** |

Service of the foregoing *NOTICE OF VOLUNTARY DISMISSAL ORDER* was had upon the following by electronic filing the same with the U.S.D.C. for the Southern District of Ohio this 10th day of November, 2020.

Matthew M. Duffy, Esq.
9229 Delegates Row, Suite 100
Indianapolis, Indiana 46240
*Counsel for Defendant, BI Imperial, LLC*

Patrick Kasson, Esq.
Reminger Co., LP
200 Civic Center Drive, Suite 800
Columbus, OH 43215
*Counsel for Defendant, Dolgen Midwest, LLC d/b/a Dollar General*

**LESLIE ALLEN, Plaintiff,**

By: */s/ Kevin M. Pearl*
     Of Counsel

Kevin M. Pearl, Esq. *(WV ID #8840)*
FRANKOVITCH, ANETAKIS, SIMON,
DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV 26062
Tel.: (304) 723-4400
Fax: (304) 723-5892
Email: kevin@faslaw.com